UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 21-CR-0110 |
| HERBERT ALLEN ET AL. | * | SSV-DMD |

**O R D E R**

Considering the foregoing motion, the Court grants the defendant Herbert Allen an additional seven days, or until February 1, 2023, for the timely filing of objections to the presentence report.

New Orleans, Louisiana, this __26th__ day of January, 2023.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE