**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| | * | |
| VERSUS | * | NO. 21-0110 |
| | * | |
| HERBERT ALLEN ET AL. | * | SSV-DMD |
| | * | |

**NOTICE OF EVIDENCE**
**TO BE INTRODUCED AT SENTENCING**

Now into Court comes undersigned counsel, who submits (on behalf of Herbert Allen and fellow defendant Dion Ridley) the following list of evidence to be introduced at the sentencing set for February 15, 2023:

1. The video numbered Bates 537 from discovery, labeled "Business Surveillance Camera", which will be delivered to chambers on a flash drive. The relevant portion is believed to be at approximately 10:10 of the video, showing an eighteen wheeler turning from Tchoupitoulas onto Calliope.

2. The video numbered Bates 538 from discovery, labeled "Kelly Adamson Video Simulation" of the accident, which will be delivered to chambers on the same flash drive.

3. An Excel spreadsheet of all the sentences imposed to date in the staged accident cases in the Eastern District, arranged by amount of restitution to be paid.

4.  Unless stipulated to, an actual copy of Document 52 (the factual basis for Ms. Audrey Harris) from case 20-cr-109, in which the same "slammer" as in the present indictment (Rodney Hickman) cause the October 13, 2015, accident from case 20-cr-109 with what all parties stipulated was "minimal impact".

5.  Unless stipulated to, Document 144 from the case at bar, where the accident in this case was described as having caused "negligible" damage to the car involved in the accident.  (Doc. 144 at 4.)

Respectfully submitted,

/s/ Dwight Doskey

_____
Doskey, PLC, Bar No. 5029
Counsel for Defendant
321 N. Vermont Street
Covington, LA  70433
(504) 388-3782

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Dwight Doskey

_____
Counsel for Defendant