MINUTE ENTRY
VANCE, J.
FEBRUARY 15, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL CASE |
|---|---|
| VERSUS | NO. 21-110 |
| HERBERT ALLEN (BOND) | SECTION: R |

CASE MANAGER: CHERIE STOUDER
COURT REPORTER: TONI TUSA
LAW CLERK: SOPHIE LIPMAN

### SENTENCING HEARING

APPEARANCES:   HERBERT ALLEN, DEFENDANT
DWIGHT DOSKEY, COUNSEL FOR DEFENDANT
BRANDON LONG, ASSISTANT U.S. ATTORNEY
RENEE WILLIAMS, U.S. PROBATION OFFICER

Court begins at 10:48 a.m.
All present and ready.
Court addresses and overrules defendant's outstanding objections to the presentence investigation report.
Defendant present for sentencing as to Count 1 of the Indictment.
Statement by counsel for defendant in mitigation of sentence.
Statement by defendant in mitigation of sentence.
Statement made by counsel for the government.
Motion by defendant for downward variance, DENIED.
Defendant sentenced.
See Judgment and Commitment order.
Appeal rights explained.
Government orally moves to dismiss the remaining counts, GRANTED.
Defendant released on bond to self-surrender on April 17, 2023, at 12:00 p.m. (noon).
Counsel thanked and excused.
Court adjourned at 11:04 a.m.

JS-10: 00:16