UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| --- | --- | --- |
| VERSUS | * | NO. 21-0110 |
| HERBERT ALLEN ET AL. | * | SSV-DMD |

# O R D E R

**CONSIDERING THE FOREGOING MOTION,** it is hereby ordered that the restitution hearing (as to Herbert Allen only) is continued to May 15, 2023, at 10:30 a.m.

New Orleans, Louisiana, this __6th__ day of April, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE