UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                    CRIMINAL ACTION

VERSUS                                                                        NO. 22-110

HERBERT ALLEN                                                    SECTION "R" (2)

### ORDER

Before the Court is the parties' joint stipulation concerning the amount of restitution owed by defendants Herbert Allen, Dion Ridley, and Troylynn Brown.[1] Consistent with the judgment this Court issued on February 15, 2023,[2] the Court has issued an amended judgment that includes the terms of defendant's restitution obligations. The restitution hearing scheduled for May 15, 2023, is hereby cancelled.

New Orleans, Louisiana, this __2nd__ day of May, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 241.
[2] R. Doc. 208.