UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-110** |
| v. | * | **SECTION: "R"** |
| **HERBERT ALLEN** | * | |
| **DION RIDLEY** | | |
| **TROYLYNN BROWN** | * | |
| | * * * | |

## ORDER

Considering the Joint Motion and Incorporated Memorandum for Order of Restitution and Cancellation of Restitution Hearings:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's Judgments as to Herbert Allen (Rec. Doc. 208), Dion Ridley (Rec. Doc. 209), and Troylynn Brown (Rec. Doc. 227), be amended to order the defendants jointly and severally liable with their coconspirators to pay restitution to the victims in the following amounts based on the victims' losses caused by the staged collision in which the defendants participated:

| RESTITUTION RECIPIENT | AMOUNT |
|---|---|
| A.H (truck driver) | $ 4,380.00 |
| Frisard's Trucking Company | $ 250,592.00 |
| Arch Insurance Company | $ 209,160.71 |
| **Total** | **$ 464,132.71** |

MOOT

**IT IS FURTHER ORDERED** that the restitution hearings scheduled on May 3, 2023, for T. Brown and Ridley, and May 15, 2023, for Allen, are cancelled as moot.

New Orleans, Louisiana, this  2nd  day of           May          , 2023.

                                                 _Sarah Vance_
                                  HONORABLE SARAH S. VANCE
                                  UNITED STATES DISTRICT JUDGE