LAED 247 (Rev. 10/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

United States of America
v.
HERBERT ALLEN

Case No.: 053L 2:21CR00110-004
BOP No.: 30199-034

Date of Original Judgment: 02/15/2023
Dates of Previous Amended Judgments/Orders: 05/01/2023

Dwight Doskey
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment or order issued)* of __37__ months **is reduced to** __30__.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: __17__  as of __5/1/2023__  Amended Total Offense Level: __17__
Criminal History Category: __IV__   Criminal History Category: __III__
Previous Guideline Range: __37__ to __46__ months   Amended Guideline Range: __30__ to __37__ months

***(Complete Part II of Page 2 when motion is granted)***
**COMMENTS AND/OR REASONS FOR GRANTING OR DENYING REDUCTION** *(For Public Disclosure)*

THE DEFENDANT RECEIVED 2 "STATUS" POINTS BUT NOW RECEIVES 0 POINTS UNDER U.S.S.G § 4A1.1, RESULTING IN A REDUCTION OF HIS GUIDELINES RANGE. HE WAS PREVIOUSLY SENTENCED TO THE BOTTOM OF HIS APPLICABLE GUIDELINES RANGE. THE COURT FINDS THAT A REDUCTION TO THE BOTTOM OF HIS NEW RANGE IS APPROPRIATE BECAUSE THE ADJUSTMENT ADEQUATELY REFLECTS THE SERIOUSNESS OF THE OFFENSE, PROMOTES RESPECT FOR THE LAW, PROVIDES JUST PUNISHMENT, AND AFFORDS DETERRENCE.

Except as otherwise provided, all provisions of the judgment dated __05/01/2023__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/01/2024

*Judge's signature* (signed: Sarah Vance)

Effective Date: 02/01/2024

SARAH S. VANCE, UNITED STATES DISTRICT JUDGE
*Printed name and title*

*(No earlier than February 1, 2024, for Amend. 821 sentence reductions.)*