UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 21-110 |
| HERBERT ALLEN | SECTION R (2) |

**ORDER AND REASONS**

Before the Court is defendant Herbert Allen's unopposed motion for early termination of supervised release.[1] For the following reasons, the Court grants Allen's motion.

Under 18 U.S.C. § 3583(e), the Court may, after considering the relevant factors set forth in § 3553(a):

> terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

The 3553(a) factors include: the nature and circumstances of the offense and the history and characteristics of the defendant; the need for the sentence to reflect the seriousness of the offense, promote respect for the law, and provide just punishment; the need to afford adequate deterrence to

[1] R. Doc. 344.

criminal conduct; the need to protect the public from future criminal conduct by the defendant; and the need to provide the defendant with training and other correctional treatment. 18 U.S.C. § 3553(a).

On October 12, 2022, Allen pled guilty to conspiracy to commit mail fraud in violation of 18 U.S.C. § 371.[2] On February 15, 2023, the Court sentenced him to thirty-seven months of imprisonment as well as three years of supervised release upon release from imprisonment.[3] On February 1, 2024, the Court reduced his sentence of imprisonment to thirty months.[4] Allen was released from prison and began serving his term of supervised release on October 8, 2024.[5]

On July 27, 2026, Allen filed this motion for early termination of supervised release.[6] The government does not oppose his motion.[7] The government indicates that Allen's probation officer also has no objection to Allen's motion.[8] In support of his motion, Allen states that he has fully complied with all of the terms and conditions of his supervision.[9] His

2 R. Doc. 145.
3 R. Doc. 205.
4 R. Doc. 288.
5 R. Doc. 346 at 1.
6 R. Doc. 344.
7 R. Doc. 346.
8 *Id.*
9 R. Doc. 344 at 1.

probation officer confirms this.[10] Allen also states that he has maintained lawful and consistent employment during his period of supervised release.[11]

The Court has considered the 3553(a) factors and is satisfied that the interest of justice warrants early termination of Allen's supervised release. He has fully complied with the terms of his supervised release and has shown a commitment to maintain a law-abiding lifestyle. The nonviolent nature of Allen's offense also weighs in favor of early termination. *See* 18 U.S.C. § 3553(a)(1). He has served nearly two-thirds of his term of supervision. This is sufficient to reflect the seriousness of the offense, promote respect for the law, and provide just punishment. Supervised release is no longer necessary to act as a deterrent or protect the public from Allen.

Accordingly, the Court GRANTS defendant's motion for early termination of supervised release. IT IS ORDERED that Herbert Allen is released from supervision effective immediately.

New Orleans, Louisiana, this 31st day of August, 2026.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

10 R. Doc. 346 at 1.
11 *Id.*